UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| SANDOZ INC.<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>AMGEN INC., AMGEN MANUFACTURING LIMITED LLC, and IMMUNEX CORPORATION,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 2:25-cv-00218<br><br>NOTICE OF RELATED CASE |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the issues, claims, and parties involved in this lawsuit are related to the following previously filed action in the United States District Court for the Eastern District of Virginia, Norfolk Division: *CAREFIRST OF MARYLAND, INC., et al. v. AMGEN INC., et al.*, Case No. 2:24-cv-00484-AWA-LRL. That case was originally filed on August 6, 2024, and is pending before the Honorable Arenda L. Wright Allen.

Dated: April 11, 2025

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Scott J. Pivnick*
　　　　　　　　　　　　　　　　　　　　　Scott J. Pivnick (VSB No. 48022)
　　　　　　　　　　　　　　　　　　　　　**ALSTON & BIRD LLP**
　　　　　　　　　　　　　　　　　　　　　The Atlantic Building
　　　　　　　　　　　　　　　　　　　　　950 F Street NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　(T): 202-239-3300
　　　　　　　　　　　　　　　　　　　　　(F): 202-239-3333
　　　　　　　　　　　　　　　　　　　　　*scott.pivnick@alston.com*

　　　　　　　　　　　　　　　　　　　　　Ross R. Barton (VSB No. 67937)
　　　　　　　　　　　　　　　　　　　　　**ALSTON & BIRD LLP**
　　　　　　　　　　　　　　　　　　　　　1120 South Tryon St.

- 2 -

Suite 3000
Charlotte, NC 28203
(T): 704-444-1287
(F): 704-444-1111
*ross.barton@alston.com*

Matthew D. Kent *(pro hac vice forthcoming)*
Troy A. Stram *(pro hac vice forthcoming)*
Karla Doe *(pro hac vice forthcoming)*
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
(T): 404-881-7000
(F): 404-881-7777
*matthew.kent@alston.com*
*troy.stram@alston.com*
*karla.doe@alston.com*

*Counsel for Sandoz Inc.*